IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT COLEMAN                                                                               PETITIONER
ADC #146255
v.                                  Case No. 5:10CV00248-JMM-JTK

RAY HOBBS, *Director*                                                                        RESPONDENT
Arkansas Department of Correction

## **ORDER**

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in the response that his claims are waived by the validly-entered plea of nolo contendere and that any claim attacking the validity of the plea are procedurally defaulted. Petitioner may reply to any other argument in the Response.

SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE