IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT COLEMAN                                                                                    PETITIONER

v.                            Case No. 5:10CV00248 JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                   RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 12th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE